UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **John Collins**, <br><br> Plaintiff, <br> v. <br><br> **CSX Transportation, Inc.**, <br><br> Defendant. | Case No. 1:18-cv-00808 <br><br> Judge Michael Barrett <br><br> **Joint Motion to Amend the Calendar Order** |

Per the Court's September 18, 2020 Notation Order, the parties jointly move to amend the Calendar Order as follows:

1. Discovery, and any additional fact or expert witness disclosures, to be completed by: December 15, 2020

2. Dispositive motion deadline: January 15, 2020

3. Final Pretrial Conference and Trial date to be scheduled by the Court.

Respectfully submitted,

*/s/ Robert S. Goggin, III*
Robert S. Goggin, III
1528 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-8780
Email: rgoggin@keller-goggin.com
*Attorney for Plaintiff*

*/s/ James R. Carnes*
James R. Carnes (0070005)
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, Ohio 43604
419-241-9000
jcarnes@shumaker.com
*Attorneys for Defendant*