# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| John Collins, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:18-cv-808 |
| | ) |
| vs. | ) Judge Michael R. Barrett |
| | ) |
| CSX Transportation, Inc., | ) |
| | ) |
| Defendant. | ) |

## THIRD AMENDED CALENDAR ORDER

This matter is before the Court on the parties' Joint Motion to Amend the Calendar Order. (Doc. 22).[1] Upon consideration, the parties' Joint Motion will be **GRANTED** and the Second Amended Calendar Order (Doc. 20) is hereby **AMENDED** as follows:

1. Any additional fact or expert witness disclosures[2]: **December 15, 2020**

2. Discovery to be completed by[3]: **December 15, 2020**

3. Dispositive motion[4] deadline: **January 15, 2021**

4. Joint Final Pretrial Order/Jury Instructions: **Submitted to the Court one week prior to the final pretrial conference**

5. Final Pretrial Conference: **June 24, 2021 at 10:00 a.m., Room 239**

---

[1] The parties were ordered to file a joint motion to amend on or before October 19, 2020 in the event settlement discussions were unproductive. (*See* 09/18/2020 Notation Order).

[2] Disclosure of Experts, Expert reports, and non-expert (fact) witnesses are not required to be filed with the Court.

[3] Counsel shall not presume that a pending motion stays their obligation to complete discovery by this date.

[4] Counsel shall familiarize themselves with the Court's Standing Orders and S.D. Ohio Civ. Rules. The Court will not read beyond 20 pages unless leave has been previously sought and granted. The Court requires courtesy copies of all substantive motions be delivered to chambers upon filing.

6. Jury Trial: **August 2021, Courtroom 109**

**IT IS SO ORDERED.**

                                                    _/s/ Michael R. Barrett_
                                                  Michael R. Barrett, Judge
                                                  United States District Court