# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

John Collins,

    Plaintiff,

    v.          Case No. 1:18cv808

CSX Transportation, Inc.,          Judge Michael R. Barrett

    Defendant.

## ORDER

Pursuant to notification by plaintiff's counsel, Robert Goggin, on June 22, 2021 that this matter is settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

                               *s/Michael R. Barrett*
                               Michael R. Barrett, Judge
                               United States District Court